IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAWN L. JACOBS,

      Petitioner,

v.                                                    CIV 09-0296 MCA/GBW

FNU BRAVO, Warden,
and GARY K. KING,
New Mexico Attorney General

      Respondents.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on July 10, 2009 *(Doc. 12)*. The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered. The Court accepts the findings and recommended disposition by the Magistrate Judge.

Wherefore,

**IT IS SO ORDERED** that Petitioner's claims are dismissed, and this action is hereby dismissed with prejudice.

SO ORDERED this 24th day of August, 2009.

_____
M. CHRISTINA ARMIJO
United States District Judge